IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER

    Plaintiff,                                   CV F 06 1290 AWI WMW P

    vs.                                            ORDER RE: FINDINGS & RECOMMENDATIONS (#10)

CCI BLDG. A-4 DIRECTOR, et al.,

    Defendants.

_____/

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On January 23, 2007, findings and recommendations were entered, recommending that Plaintiff be denied leave to proceed in forma pauperis. Plaintiff was provided an opportunity to file objections within thirty days. On February 2, 2007, Plaintiff filed a response to the September 25, 2006, order to show cause. That order to show cause directed Plaintiff to show cause why he should not be denied leave to proceed in forma pauperis pursuant to 28 U.S.§C. 1915(g). Plaintiff failed to do so, and the January 23, 2007, recommendation of dismissal was entered.

        In his response filed on February 2, 2007, and his objections filed on February 26,

2007, Plaintiff recites various legal argument, and challenges the Court's finding that he has not alleged facts indicating that Plaintiff is in imminent danger of serious physical injury.  The Court notes that Plaintiff is no longer incarcerated at the prison where the events at issue occurred. Plaintiff has not alleged facts that satisfy the standard set forth in § 1915(g).  Even had he done so, Plaintiff is no longer subject to those conditions.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on January 23, 2007, are adopted in full; and

2. Plaintiff's application to proceed in forma pauperis is denied pursuant to 28 U.S.C. § 1915(g).

3. Plaintiff is directed to submit, within thirty days of the date of service of this order, the $350 filing fee for this action in full.  Plaintiff's failure to do so will result in dismissal of this action pursuant to Local Rule 11-110 for failure to obey a court order.

IT IS SO ORDERED.

**Dated:   March 13, 2007**            **/s/ Anthony W. Ishii**
0m8i78                                 UNITED STATES DISTRICT JUDGE